# Daniel Goldsmith Ruggiero, Esquire*

*Admitted to practice law in ME, MA, RI, CT, NY, NJ & PA (state courts)
ME, MA, RI, CT, NDNY, WDNY, EDNY, SDNY, NJ, EDPA & MDPA (federal courts)

November 12, 2014

*Attn: Clerk (via ECF filing only)*
United States District Court- District of Connecticut

**Re:** Weingarten v. Retrieval Masters
14-236

To Whom It May Concern:

This letter is to inform the Court that we have reached a settlement in principal.  The parties are finalizing everything and anticipate filing a Stipulation dismissing the action with prejudice shortly.


Respectfully,



Daniel Goldsmith Ruggiero


cc/     Counsel of record )(via ECF filing only)




** Please send all correspondence to MA office

| Massachusetts Office | New Jersey Office | New York Office |
|---|---|---|
| P.O. Box 291 | 331 Newman Springs Rd | 41 Madison Avenue |
| Canton, MA 02021 | Bldg 1, 4th floor, Ste. 143 | Manhattan, NY 10010 |
| druggieroesq@hotmail.com | Red Bank, NJ 07701 | |
| 339-237-0343 (phone) | | |
| 339-707-2808 (fax) | | |